AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| Agent: | Sarah Soles | Telephone: (313) 570-5211 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Valentin CASTELANO-VEGA

Case No.  
Case: 2:25−mj−30523  
Assigned To : Unassigned  
Assign. Date : 8/15/2025  
Description: CMP USA V. CASTELANO−VEGA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 13, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Sarah Soles, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 15, 2025

City and state: Detroit, MI

*Judge's signature*

R. Steven Whalen, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Sarah A. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since June of 2009.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases.  I have also reviewed material from the official immigration file and system automated data relating to Valentin CASTELANO-VEGA, which attests to the following:

2. Valentin CASTELANO-VEGA is a thirty-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near Naco, Arizona in June of 2016, without being admitted, inspected or paroled by an Immigration Officer.

3. On February 07, 2014, CASTELANO-VEGA was arrested by the U.S. Border Patrol near Naco, Arizona and served an Expedited Removal. CASTELANO-VEGA was removed from the United States to Mexico the same day, via Nogales, Arizona.

4. On February 10, 2014, CASTELANO-VEGA was arrested by the U.S. Border Patrol near Naco, Arizona and served an Expedited Removal. CASTELANO-VEGA was removed from the United States to Mexico the same day, via Douglas, Arizona.

5. On October 03, 2021, CASTELANO-VEGA was encountered by U.S. Customs and Border Protection Officers at the Ambassador Bridge Port of Entry in Detroit, Michigan. CASTELANO-VEGA's final order of removal was reinstated. Due to his removal not meeting priority guidelines at the time, CASTELANO-VEGA was released on his own recognizance.

6. On August 13, 2025, CASTELANO-VEGA was arrested by U.S. Border Patrol Agents near Shelby Township, Michigan during a traffic stop. After identifying CASTELANO-VEGA, agents placed him under arrest for being illegally present in the United States.

7. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

8. Review of records from the alien file (A# xxx xxx 681) for CASTELANO-VEGA and queries in U.S. Department of Homeland Security databases confirm that no record exists of CASTELANO-VEGA obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about February 10, 2014.

9. Based on the above information, there is probable cause to believe that, on or about August 13, 2025, at or near Shelby Township, in the Eastern District of Michigan, Southern Division, Valentin CASTELANO-VEGA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about February 10, 2014, at or near Douglas, Arizona, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

*Sarah A Goles*
Border Patrol Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable R. Steven Whalen
United States Magistrate Judge

August 15, 2025