(EDMI rev 04/23) Consent Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  25-30523 |
| | ) | |
| VALENTIN CASTELANO-VEGA | ) | |
| | ) | |

## CONSENT ORDER OF DETENTION PENDING TRIAL/HEARING

Pursuant to the Bail Reform Act, 18 U.S.C. §3142 et. seq., the United States has moved for detention of the defendant and defendant is entitled to a timely hearing pursuant to 18 U.S.C. §3142(f).  However, Defendant, in open court and with the advice of counsel, agrees to remain in custody and consents to detention, reserving his right to a full detention hearing before the magistrate judge.  Therefore, no hearing will be held, no adverse findings are made against defendant, and detention is ordered based upon the defendant's consent.  Whenever a defendant has waived the right to a detention hearing and later decides he/she wants one, defendant must arrange a time for the hearing with the United States Attorney's Office and contact the duty Magistrate Judge to schedule the hearing.

### Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date:  August 18, 2025                          s/David R. Grand
                                                *Judicial Officer's Signature*


                                                 David R. Grand, U.S. Magistrate Judge
                                                *Printed name and title*